UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>JOSE FELIX ORTEGA-CORDERO(1),<br><br>　　　　　　　　Defendant. | CASE NO. 10CR2314-JM　　10 JUL 30 PM 12:19<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case number 10cr2914-JM against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 07/27/2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BERNARD G. SKOMAL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　ENTERED ON __7/30/10__